# United States District Court
## Northern District of California
### San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>vs.<br><br>GEORGE VORTMAN,<br><br>  *Defendant*. | No. 3:15-mj-71193-MAG-SK<br><br>AMENDED ~~[PROPOSED]~~ ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO ALLOW ATTENDANCE AT ~~PASSOVER~~ SEDER AS TO GEORGE VORTMAN |

**AMENDED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO ALLOW ATTENDANCE AT PASSOVER SEDER AS TO GEORGE VORTMAN**

The Court has read and considered the Amended Ex Parte Application for Modification of Conditions of Pretrial Release to Allow Attendance at ~~Passover~~ Seder, filed by Defendant George Vortman on Friday, December 11, 2015, and hereby finds that the Amended Ex Parte Application provides good cause to allow for a modification of defendant's Conditions of Release as requested.

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS ORDERED that defendant's release conditions shall be modified to permit him to leave his home between the hours of 2:00 p.m. and 11:00 p.m. on Sunday, December 13, 2015, to travel to and attend the ~~Passover~~ Seder celebration, to be hosted by friends at a private residence in San Francisco, California 94127, within the Northern District of California. All other conditions of release previously set will remain in effect.

**IT IS SO ORDERED.**

December 11, 2015                                    /s/ Sallie Kim
_____                          _____
Date                                                 HONORABLE SALLIE KIM
                                                     United States Magistrate Judge
                                                     Northern District of California