1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6961
7      FAX: (415) 436-7027
       Sheila.Armbrust@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   Case No. 15-MJ-71193
14                                     )
          Plaintiff,                   )
15                                     )   STIPULATION AND [PROPOSED] ORDER
               v.                      )   EXCLUDING TIME UNDER SPEEDY TRIAL ACT
16                                     )   AND RULE 5.1 FROM FEBRUARY 11, 2016 TO
   GEORGE VORTMAN                      )   MARCH 15, 2016 AND RESCHEDULING
17                                     )   PRELIMINARY HEARING TO March 15, 2016
          Defendants.                  )
18  _____)

19

20                        **STIPULATION**

21        Defendant, GEORGE VORTMAN, by and through his counsel, and the United States of

22  America, hereby stipulate and respectfully request that the Court vacate the preliminary hearing or

23  arraignment on indictment in the above-referenced matter, currently set for February 11, 2016, and reset

24  the matter for March 15, 2016, at 9:30 a.m. before the Duty Magistrate Judge.

25        The defendant was charged by complaint in the above-referenced matter in the Northern District

26  of California on September 14, 2015, with possession of child pornography.  By court order, the

27  defendant has been released on bond.  Since his initial appearance, the government has produced

28  discovery related to the charged conduct.  Following production of discovery, the parties have discussed

STIP. AND [PROPOSED] ORDER
                                    1

1    possible pre-indictment resolution.  The defendant has consulted with his counsel and understands that

2    he has a right to a preliminary hearing or that further charging documents be presented and filed with the

3    Court on the day of or before the preliminary hearing.  Pursuant to Federal Rule of Criminal Procedure

4    5.1(d), defendant knowingly and voluntarily waives his right to a preliminary hearing on February 11,

5    2016, and agrees to extend the time for preliminary hearing until March 15, 2016

6         In order to allow the defendant time to review discovery and to allow the parties to continue their

7    discussions regarding pre-indictment resolution, the parties hereby request that the Preliminary Hearing

8    or Arraignment on Indictment be rescheduled from February 11, 2016 to March 15, 2016, and submit

9    that good cause exists to exclude and waive time between such dates under Federal Rule of Criminal

10   Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv), to allow for

11   the effective preparation of counsel, continuity of counsel, and taking into account the public interest in

12   the prompt disposition of a criminal case.

13

14        IT IS SO STIPULATED.

15

16   DATED: February 1, 2016

17                                                        _____/s/_____
                                                         SHEILA A.G. ARMBRUST
18                                                       Assistant United States Attorney

19   DATED: February 1, 2016

20                                                        _____/s/_____
                                                         ROBERT J. BELES
21                                                       Counsel for Defendant GEORGE VORTMAN

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER

2

1

**[PROPOSED] ORDER**

2      For the reasons stated by the parties, the Court finds that the aforementioned request is supported

3   by good cause and made with the consent of all defendants in the above-captioned matter.  Fed. R. Crim.

4   Proc. 5.1(c) and (d).  The Court therefore finds that an exclusion of time between February 11, 2016 and

5   March 15, 2016 is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and the

6   Speedy Trial Act and hereby schedules the preliminary hearing or arraignment on Indictment for March

7   15, 2016.

8

9      IT IS SO ORDERED.

10

11   Dated: _____2/2/2016_____

12                                        _____

13                                        HONORABLE MARIA-ELENA JAMES
                                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER

3